## SNEED ET AL. *v.* CONBOY, JUDGE.

[No. 27,952. Filed January 3, 1944.]

*George Sneed* and *Robert R. Foxall, pro ses.*

PER CURIAM.—While this is an original action, it will be treated as an appeal from the judgment of the La Porte Circuit Court denying a motion for a writ of *habeas corpus,* since the record shows that the petition for the writ discloses upon its face that the court was without jurisdiction to grant the writ. See *Bevington* v. *Baker, Judge* (1943), *ante* p. 24, 51 N. E. (2d) 635.

Judgment affirmed.

NOTE.—Reported in 52 N. E. (2d) 43.